The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GAIL MORAN,<br><br>              Plaintiff,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>              Defendant. | No.  CV 07-0576 JCC<br><br>CERTIFICATE OF SERVICE |

I, Cheryl Lee, say:

I hereby certify that on May 7, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
steve@hbsslaw.com

Michael David Myers
Myers & Company
1809 Seventh Avenue, Suite 700
Seattle, WA 98101
mmyers@myers-company.com

CERTIFICATE OF SERVICE - CV 07-0576 JCC - 1

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

Dockets.Justia.com

1  DATED this 7th of May, 2007, at Seattle, Washington.

2

3                                          /s/Cheryl Lee
                                          Cheryl Lee
4                                         Legal Assistant to Jeffrey T. Kestle

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CERTIFICATE OF SERVICE – CV 07-0576 JCC - 2

GARDNER BOND TRABOLSI PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318